```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4036

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LOPEZ, ) | 1:06-CV-00905 SMS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | FOR REMAND PURSUANT TO |
| ) | SENTENCE FOUR OF 42 U.S.C. |
| JO ANNE B. BARNHART, ) | § 405(g), and |
| Commissioner of Social ) | |
| Security, ) | REQUEST FOR ENTRY OF JUDGMENT |
| ) | IN FAVOR OF PLAINTIFF AND |
| Defendant. ) | AGAINST DEFENDANT |
| _____) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

Upon consideration of the transcription difficulties with the prior hearing, on remand the Administrative Law Judge (ALJ) will be directed to take the following action:

   1.  Give the claimant an opportunity for a new hearing;

   2.  Provide the claimant an additional opportunity to testify;

   3.  Obtain vocational expert evidence; and,

4. Identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles (DOT) per SSR 00-4p, and the Selected Characteristics of Occupations.

                                          Respectfully submitted,

Dated: December 21, 2006       /s/ Brian C. Shapiro
                                       (As authorized via facsimile)
                                       BRIAN C. SHAPIRO
                                       Attorney for Plaintiff

Dated: January 3, 2007         McGREGOR W. SCOTT
                                       United States Attorney

                                         /s/ Kristi C. Kapetan
                                       KRISTI C. KAPETAN
                                       Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   January 8, 2007**              **/s/ Sandra M. Snyder**
icido3                                            UNITED STATES MAGISTRATE JUDGE