BRIAN C. SHAPIRO
ATTORNEY AT LAW:  192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
562/868-5886
FAX: 562/868-5491
Email:  rohlfinglaw@hotmail.com

Attorneys for Plaintiff JOSEPH LOPEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| JOSEPH LOPEZ, | ) No.  1: 06-CV-00905 SMS |
| Plaintiff, | ) STIPULATION FOR AWARD OF |
| v. | ) EAJA FEES AND COSTS; |
| JO ANNE B. BARNHART, | ) ORDER |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Plaintiff JOSEPH LOPEZ ("Plaintiff") and defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, that counsel for Plaintiff shall be awarded attorney fees and costs under the Equal Access to Justice Act ("EAJA") in the amount of ONE THOUSAND FOUR HUNDRED and no/100's ($1,400.00) (the "agreed amount").  The agreed amount represents compensation for all legal services rendered on behalf of Plaintiff by Plaintiff's counsel in connection with this civil action for services performed before the district court through remand, in accordance with 28 U.S.C. § 2412(d).

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1       This stipulation constitutes a compromise settlement of Plaintiff's request for

2  EAJA attorney fees and costs, and does not constitute an admission of liability on

3  the part of Defendant under the EAJA, or otherwise.

4       Payment of the agreed amount shall constitute a complete release from and

5  bar to any and all claims that Plaintiff and/or Plaintiff's counsel may have relating

6  to EAJA attorney fees and costs in connection with this action.

7       This award is without prejudice to the rights of Plaintiff's counsel, if any, to

8  seek Social Security Act attorney fees authorized by 42 U.S.C. § 406, subject to

9  the offset provisions of the EAJA.

10  DATE:  February 1, 2007      LAW OFFICES OF LAWRENCE D. ROHLFING

11                     */s/ - Brian C. Shapiro*

12          BY: _____

13                   Brian C. Shapiro
                     Attorney for plaintiff JOSEPH LOPEZ

14

15  DATE:  February 1, 2007      McGREGOR W. SCOTT
                     United States Attorney

16                   LUCILLE GONZALES MEIS
                     Regional Chief Counsel, Region IX

17                   Social Security Administration

18                   /S/-

19               *Deborah Stachel by Brian C. Shapiro*

20               DEBORAH STACHEL
                     Special Assistant United States Attorney

21                   Attorneys for Defendant

22                   [Via email authorization on 2/1/07]

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1

**ORDER**

2     **IT IS ORDERED** that counsel for Plaintiff is awarded attorney fees and

3 costs pursuant to the Equal Access to Justice Act ("EAJA") in the amount of ONE

4 THOUSAND FOUR HUNDRED and no/100's ($1,400.00), as authorized by 28

5 U.S.C.  2412(d), and subject to the terms and conditions of the Stipulation.

6     DATED:  2/12/2007

7

8       /s/ Sandra M. Snyder

9     SANDRA M. SNYDER

10     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com